**Priority Send**
**cc: USM-ED; PSA**

THOMAS P. O'BRIEN
United States Attorney
SHERI PYM
Assistant United States Attorney
Chief, Riverside Branch Office
JERRY A. BEHNKE (SBN: 180462)
Assistant United States Attorney
     3880 Lemon Street, Suite 210
     Riverside, California 92501
     Telephone: (951) 276-6211
     Facsimile: (951) 276-6202
     E-mail: Jerry.Behnke@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. ED CR 08-00009-SGL |
| ) Plaintiff, ) | |
| ) | FINDINGS AND ORDER REGARDING |
| v. ) | EXCLUDABLE TIME |
| ) | |
| ADRIAN HERNANDEZ-SALAZAR, ) | |
| ) Defendant. ) | |

IN THE ABOVE-CAPTIONED MATTER:

The Indictment in this case was filed on January 11, 2008. Defendant first appeared before a judicial officer in the court in which this charge is pending on December 13, 2007. The Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq., originally required that defendant's trial commence on or before March 21, 2008.

On January 30, 2008, defendant was arraigned on the Indictment and the court set a trial setting conference for February 11, 2008.

During the trial setting conference on February 11, 2008, defense counsel requested that the trial setting conference be continued to March 31, 2008. The government concurred with the request. Defendant stated he understood his right to a speedy trial and agreed with the requested continuance.

Based on the comments of counsel at the hearing on February 11, 2008, and on the files and records in this matter,

THE COURT FINDS that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the trial setting conference is continued to March 31, 2008 at 2:00 p.m.

IT IS FURTHER ORDERED that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from February 11, 2008 to March 31, 2008 is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) because it results from a continuance granted by the court at the defendant's request without government objection on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Nothing in this order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time

1 | periods are excludable from the period within which trial must commence.
2 |     IT IS SO ORDERED.
3 |
4 | Dated: February _19, 2008
  |                                    HONORABLE STEPHEN G. LARSON
  |                                    United States District Judge
5 |
6 | Presented by:
7 |     /s/
8 | JERRY A. BEHNKE
  | Assistant United States Attorney

3