1 | THOMAS P. O'BRIEN
United States Attorney
2 | SHERI PYM
Assistant United States Attorney          PRIORITY SEND
3 | Chief, Riverside Branch Office           CC: PSA-ED; USM-ED
JERRY A. BEHNKE (SBN: 180462)
4 | Assistant United States Attorney
    3880 Lemon Street, Suite 210
5 |    Riverside, California 92501
       Telephone:  (951) 276-6211
6 |    Facsimile:  (951) 276-6202
       E-mail:  Jerry.Behnke@usdoj.gov
7 |
Attorneys for Plaintiff
8 | UNITED STATES OF AMERICA

                  UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )   No. ED CR 08-00009-SGL
                             )
            Plaintiff,       )
                             )   <u>FINDINGS AND ORDER REGARDING</u>
            v.               )   <u>EXCLUDABLE TIME</u>
                             )
ADRIAN HERNANDEZ-SALAZAR,    )
                             )
            Defendant.       )
_____)

   IN THE ABOVE-CAPTIONED MATTER:

   The Indictment in this case was filed on January 11, 2008. Defendant first appeared before a judicial officer in the court in which this charge is pending on December 13, 2007. The Speedy Trial Act of 1974, 18 U.S.C. § 3161 <u>et seq.</u>, originally required that defendant's trial commence on or before March 21, 2008.

   On January 30, 2008, defendant was arraigned on the Indictment and the court set a trial setting conference for February 11, 2008.

   During the trial setting conference on February 11, 2008, defense counsel requested that the trial setting conference be

continued to March 31, 2008.  The government concurred with the request.  Defendant stated he understood his right to a speedy trial and agreed with the requested continuance.  The Court found that the time period from February 11, 2008 to March 31, 2008 is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

During the trial setting conference on March 31, 2008, defense counsel requested that trial be set for July 15, 2008 with a further status conference on May 12, 2008.  The government concurred with defendant's request.

Based on the comments of counsel at the hearing on March 31, 2008, and on the files and records in this matter, THE COURT FINDS that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the trial in this matter is set for July 15, 2008 at 9:30 a.m.  It is further ordered that a status conference is set for May 12, 2008 at 2:00 p.m.

IT IS FURTHER ORDERED that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from March 31, 2008 to July 15, 2008 is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) because it results from a continuance granted by the court at the defendant's request

without government objection on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Nothing in this order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

IT IS SO ORDERED.

Dated: April 8, 2008

HONORABLE STEPHEN G. LARSON
United States District Judge

Presented by:

/s/

JERRY A. BEHNKE
Assistant United States Attorney

3